IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PHILLIPPI S. LOWE,**
    **Plaintiff,**

vs.                                **Case No. 3:06cv100/MCR/MD**

**RICHARD N. SMITH, et al.,**
    **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. This case was transferred to this court in March 2006 from the Middle District of Alabama.

On August 7, 2006, plaintiff filed a motion for joinder (doc. 19) to add additional defendants. This motion was granted (doc. 25) and plaintiff was given twenty (20) days in which to amend his complaint. Over the next several months, this court entertained various and sundry motions from plaintiff but an amended complaint was not filed. An initial scheduling order was entered on September 13, 2006 (doc. 36) requiring a conference of the parties, to be initiated by plaintiff, and the filing of a joint report pursuant to Fed.R.Civ.P. 26(f). Defendant Eloise Smith filed a report (doc. 39) indicating that plaintiff neither initiated a conference nor responded to her request for one. Therefore, an order to show cause issued giving plaintiff twenty (20) days to show cause why this case should not be dismissed (doc. 42). Since that time, plaintiff has failed to respond to any inquiries or orders of this court or explain his inability to do so.

**Accordingly, it is respectfully RECOMMENDED:**

That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court and that the clerk be directed to close the file.

**DONE AND ORDERED this 28th day of December, 2006.**

/s/ *Miles Davis*
  **MILES DAVIS
  UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**