IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIPPI S. LOWE,
        Plaintiff,

vs.                                          CASE NO.: 3:06cv100/MCR/MD

RICHARD N. SMITH, et al.,
        Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 28, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court and the clerk is directed to close the file.

DONE AND ORDERED this 31st day of January, 2007.

s/ *M. Casey Rodgers*

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE